UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 26-3116-GW-DSRx | Date | June 4, 2026 |
|---|---|---|---|
| Title | *Elizabeth Hernandez Lopez v. Penney OpCo LLC* | | |

Present: The Honorable    GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | ECRO / Court Smart | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:    Attorneys Present for Defendants:

Alexander J. Curry    Romtin Parevaresh

**PROCEEDINGS:    PLAINTIFF'S MOTION TO REMAND PURSUANT TO 28 U.S.C. § 1447(c) [15]; and SCHEDULING CONFERENCE**

The Court's Tentative Ruling on Plaintiff's Motion [15] was issued on June 1, 2026 [22]. Oral argument is held. The Tentative Ruling is adopted as the Court's Final Ruling. The Motion is DENIED.

Court and counsel discuss scheduling. sets a hearing on Defendant's motion to compel arbitration for July 30, 2026 at 8:30 a.m. The parties may stipulate to a briefing schedule, except that any reply must be filed no later than July 20, 2026. The parties are permitted to amend pleadings under Fed. R. Civ. P. 15 through June 19, 2026. After that date, any amendment requires a motion under Rule 16 or further order of the Court.

The scheduling conference is continued to July 30, 2026.

|  | : | 12 |
|---|---|---|
| | Initials of Preparer | JG |