REMAND / JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH HERNANDEZ LOPEZ, on behalf of herself and similarly situated employees,<br><br>Plaintiff,<br><br>v.<br><br>PENNEY OPCO LLC; JCPENNEY; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. CV 26-3116-GW-DSRx<br><br>[Los Angeles Superior Court, Case No. 26STCV04531]<br><br>**ORDER RE JOINT STIPULATION TO DISMISS PLAINTIFF'S CLASS CLAIMS, ARBITRATE PLAINTIFF'S INDIVIDUAL CLAIMS, AND REMAND TO STATE COURT**<br><br>State Action Filed: February 10, 2026<br>Removed: March 23, 2026 |

**[PROPOSED] ORDER**

## ORDER

The Court, having reviewed the Parties' Joint Stipulation to Dismiss Plaintiff's Class Claims, Arbitrate Plaintiff's Individual Claims, and Remand to State Court, and good cause appearing, hereby **APPROVES** the Stipulation.

It is hereby **ORDERED** as follows:

1. Plaintiff Elizabeth Hernandez Lopez's ("Plaintiff") class claims are dismissed without prejudice.

2. Plaintiff's individual claims shall be submitted to binding arbitration in accordance with the terms of the Arbitration Agreement attached to the Stipulation as Exhibit 1.

3. This action shall be remanded to the Los Angeles County Superior Court.

**IT IS SO ORDERED.**

DATED: July 10, 2026

By: _____
HON. GEORGE H. WU,
United States District Judge

- 2 -

**[PROPOSED] ORDER**